# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS BRAXTON,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>HYDE PARK VENTURE, LP, a California Limited Partnership; and Does 1-10,<br><br>　　　　　　　　　Defendant. | **Case No.: 2:19-cv-05333-PA-SS**<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 18, 2019<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Silas Braxton's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Defendant Hyde Park Venture, LP, a California Limited Partnership ("Defendant").

Dated: July 19, 2019

_____
Percy Anderson
United States District Judge

---

1
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE